AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | Nathan Ochsner, Clerk of Court |
|---|---|

| Case No.: **4:24-mc-5025** | Date and time warrant executed: Jan 12, 2024 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

Extracted digital media using Cellebrite software, to include but not limited to photos. videos. messages, ect.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/24

_____
Executing officer's signature

Muhammad Sarosh, FBI Agent
_____
*Printed name and title*